UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,  **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

    -against-

                                                  Defendant(s).     -CR-     (  ) (  )

-------------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

*Jonathan Garrett*
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

*Xavier R. Donaldson*
_____
Defendant's Counsel's Signature

_____
Print Defendant's Name

_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_____  _____
Date  U.S. District Judge/U.S. Magistrate Judge