```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
  UNITED STATES OF AMERICA,                                  :
                                                             :
                      -against-                              :      21-CR-354 (VEC)
                                                             :
                                                             :            ORDER
  JOHNATHAN GARRETT,                                         :
                                      Defendant.             :
                                                             :
-------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2021
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 9, 2021, the parties appeared for a status conference;

IT IS HEREBY ORDERED that all pretrial motions are due **August 13, 2021**. Responses to any pretrial motions are due **September 3, 2021**. Replies in further support of pretrial motions are due **September 10, 2021**.

IT IS FURTHER ORDERED that the parties must appear for a pretrial conference on **August 30, 2021, at 2:30 p.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that interested members of the public may dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 0354#. Any recording or retransmission of the proceeding is strictly prohibited.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please

contact chambers promptly if you or your client (if attending the proceeding) does not meet the requirements.

    IT IS FURTHER ORDERED that the period between June 9, 2021, and August 30, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). In addition to the reasons stated on the record at the June 9, 2021 conference, the Court finds that the ends of justice served by accommodating logistical difficulties created by the COVID-19 pandemic outweigh the interests of the public and the Defendant in a speedy trial.

**SO ORDERED.**

**Date:  June 9, 2021**
       **New York, NY**

                                    **VALERIE CAPRONI**
                                    **United States District Judge**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.