|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------------X<br>:<br>UNITED STATES OF AMERICA,<br>:<br>-against-<br>:<br>:<br>JOHNATHAN GARRETT,<br>:<br>Defendant.<br>:<br>-------------------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 10/20/21<br><br>21-CR-354 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS a plea hearing is scheduled for October 21, 2021, at 4:30 p.m.; and

WHEREAS that time is no longer convenient for the Court;

IT IS HEREBY ORDERED that the plea hearing is ADJOURNED until **October 25, 2021, at 4:00 p.m.**, in **Courtroom 443** of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that interested members of the public may dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 0354#. Any recording or retransmission of the proceeding is strictly prohibited.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please

contact chambers promptly if you or your client (if attending the proceeding) does not meet the requirements.

**SO ORDERED.**

**Date:  October 20, 2021**
       **New York, NY**

                                           **VALERIE CAPRONI**
                                           **United States District Judge**