UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   10/25/21
```

-----------------------------------------------------------------X
  :
  UNITED STATES OF AMERICA,                    :
  :
                              -against-        :          21-CR-354 (VEC)
  :
  :                          ORDER
  JOHNATHAN GARRETT,                           :
                              Defendant.       :
  :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

  WHEREAS on October 25, 2021, both parties appeared before the Court for a change-of-plea hearing;

  WHEREAS at the October 25, 2021 hearing, Defendant pled guilty to the crime charged in Count One of the Indictment; and

  WHEREAS the Court accepted Defendant's guilty plea;

  IT IS HEREBY ORDERED that sentencing is scheduled for **February 28, 2022**, **at 10:30 a.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.  Sentencing submissions from both sides are due not later than **February 14, 2022**.

  IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the instructions, attached.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client does not meet the requirements.

IT IS FURTHER ORDERED that Defendant's bail is continued pending sentencing, subject to the same conditions as previously existed.


**SO ORDERED.**

**Date:  October 25, 2021**
       **New York, NY**

**VALERIE CAPRONI**
**United States District Judge**